## Unclaimed Funds Distribution Order Checklist

02-40297-H5-7
Reviewed by: ag
Date: 7/24/09

**ENTERED**
**07/28/2009**

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Applicant **Carroll's Jewelry** is the original claimant. |
| ☒ | ☐ | 2. | Applicant's signature is notarized. |
| ☒ | ☐ | 3. | Amount being requested is identical to the amount on deposit on behalf of original (if no, explain) _____ |
| ☒ | ☐ | 4. | Certificate of Service on U.S. Attorney and U.S. Trustee. |
| ☒ | ☐ | 5. | Proposed Order for Payment of Unclaimed Funds. |

☐ **Individual Claimant (without representation):**

☐ ☐ a. Current photo identification issued by a government agency (copy of current driver's license or passport for each claimant).

☐ ☐ b. Include legible copies of supporting documents establishing the address of record at time of the other utility bill.

☐ ☐ c. If claiming on behalf of a deceased party, please include a copy of:

☐ ☐     1. A death certificate;

☐ ☐     2. Appropriate probate documents which substantiate applicants right to act on behalf of decedent's estate.

☐ **Active Corporation:**

☐ ☐ a. Current franchise tax corporate status in state of incorporation;

☐ ☐ b. A current list of officers and directors;

☐ ☐ c. Copy of Articles of Incorporation, Article of Merger or Successor Corporation, etc.;

☐ ☐ d. An imprint of the corporate seal;

☐ ☐ e. Business card reflecting claimants' name, officer or representative's name and title attached to company letterhead stationery;

☐ ☐ f. A photocopy of representative's identification credentials.

☐ **Inactive Corporation:**

☐ ☐ a. Current franchise tax corporate status in state of incorporation;

☐ ☐ b. A final list of officers and directors;

☐ ☐ c. Copy of Articles of Incorporation, Articles of Merger or Successor Corporation, etc.;

☐ ☐ d. Articles of Dissolution;

☐ ☐ e. Date and list of final distribution of assets.

☐ **Sole Proprietorship:**

☐ ☐ a. Documents substantiating the identity of the sole proprietor and the name under which the business was conducted;

☐ ☐ b. Documents showing business address at the time of the bankruptcy case (copy of invoice, a sales tax permit, business license).

☐ **Partnership:**

☐ ☐ Written documentation from all partners authorizing the representative to claim the funds on their behalf.

☒ **Claimant Represented by Funds Locator:**

☒ ☐ a. An original power of attorney with notarized signature;

☒ ☐ b. Specific claimant entity requirements as previously described.

## U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NO: 02-40297 |
| Gary Wayne Smith | ORDER FOR PAYMENT OF UNCLAIMED FUNDS |
| Debtor | # 70 |

There having been a dividend check in the above named case issued to Carroll's Jewelry, Inc., Carroll's Jewelry, Inc., in the amount of $828.62, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Carroll's Jewelry, Inc. c/o The Financial Resources Group, Inc., 700 Mechem Drive Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $828.62 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: JUL 2 7 2009

UNITED STATES BANKRUPTCY JUDGE