

ENTERED
12/17/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:

Gary Wayne Smith

Case No. 02-40297

#75

Debtor(s).

## Order for Payment of Unclaimed Funds

Upon the application of __Chase Bankcard Services, Inc.,

seeking payment of $ 2,420.18 representing funds previously unclaimed by

__Chase Bankcard Services, Inc.

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Chase Bankcard Services, Inc. is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 2,420.18 to:

__Chase Bankcard Services, Inc.
c/o American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013

Signed this ___ day  DEC 1 7 2009          , _____.

United States Bankruptcy Judge