UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Case No. 02-40297
    Gary Wayne Smith

    Debtor(s).

**Order for Payment of Unclaimed Funds**

Upon the application of Fleet Credit Card Holdings, Inc. as General Partner of Fleet Credit Card Services, L.P. ("FCCH"), seeking payment of $ 1,257.65 representing funds previously unclaimed by

    Fleet Credit Card Services LP
    NC1-021-03-40
    401 N Tryon Street
    CharlotteNC28255

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Fleet Credit Card Holdings, Inc. as General Partner of Fleet Credit Card Services, L.P. ("FCCH") is entitled to

the unclaimed funds, it is

    Ordered that the Clerk pay $ 1,257.65 to:

    Fleet Credit Card Svc LP
    c/o American Property Locators, Inc.
    3855 S. Boulevard, Suite 200
    Edmond, OK 73013

    Signed this ___day of_____, _____.

_____
United States Bankruptcy Judge